United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| OVIDIO ALBERTO CARCAMO LOZANO, | § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-3226 |
| vs. | § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § | |
| Respondents. | § | |

## ORDER

The petitioner has filed a motion (Docket Entry No. 10) requesting that the court order the respondents not to transfer the petitioner outside this district during the pendency of the habeas proceedings or alternatively to require the respondents to provide advance notice to both the court and counsel prior to any transfer. The motion (Docket Entry No. 10) is **denied**. The Order to Answer (Docket Entry No. 4) and the Order Granting Petitioner's Motion for Leave to File an Amended Petition and for Respondent to File Amended Answer (Docket Entry No. 8) both already contain a provision requiring the respondents to notify the petitioner's counsel and the court of any anticipated or planned transfer of Ovidio Alberto Carcamo Lozano outside of the Southern District of Texas at least five (5) days before any such transfer.

SIGNED on May 28, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge